1 The People of the State of Colorado, Plaintiff-Appellee, v. Samuel Angelo Puma, Defendant-Appellant. No. 18CA1858
Court of Appeals of Colorado, Sixth Division
December 2, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Jefferson County District Court No. 17CR3601 Honorable Margie
 L. Enquist, Judge
 
 
 
 OPINION
 
 
 
 JOHNSON JUDGE
 
 
 JUDGMENT
 AFFIRMED, ORDER REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 Fox
 and Welling, J J ., concur.